IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

ANGELO N. ALESI,                     )
              Plaintiff,             )  Civil Action No. 05-1178
                                     )
        v.                           )
                                     )
MICHAEL J. ASTRUE,[1]                )  CHIEF JUDGE AMBROSE
Commissioner of                      )
Social Security                      )
              Defendant.             )  Electronic Filing

**ORDER**

On motion of the Plaintiff for attorney's fees pursuant to
§ 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1),
and there being no objection by counsel for the Defendant, it is
hereby

O R D E R E D

that the Defendant shall pay to Plaintiff's counsel,
Susan Paczak, Esquire, the sum of Five-Thousand Three Hundred
Dollars and 00/00 cents ($5,300.00), in attorney's fees being
withheld from Plaintiff's past-due benefits for court related
services.

ENTERED this _7th_ day of _Aug._ , 2007.

_Loretta T. Ambrose_

UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the
Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of
the Federal Rules of Civil Procedure, Michael J. Astrue should be
substituted, therefore, for Commissioner Jo Anne B. Barnhart as
the defendant in this suit.  No further action need be taken to
continue this suit by reason of the last sentence of section
205(g) of the Social Security Act, 42 U.S.C. § 405(g).